# Court of Appeals
# of the State of Georgia

ATLANTA,  April 10, 2024

*The Court of Appeals hereby passes the following order:*

## A24D0287.  CHARLES MCKINLEY v. RODEARE MCKINLEY.

Rodeare McKinley filed a petition for a temporary protective order against Charles McKinley, and Charles filed a motion to dismiss the temporary protective order. Charles has filed this application for discretionary review.

Charles has failed to include any order signed by the trial court in this case with his application materials. See Court of Appeals Rule 31 (c) ("Discretionary applications must contain a stamped 'filed' copy of the trial court's order or judgment from which the appeal is sought. The stamped 'filed' copy of the trial court's order or judgment must contain the signature of the trial court judge."). His application refers to a March 7, 2024 order, but no order entered on March 7 is included in the application materials. The March 13, 2024 order included as Exhibit 1 is unsigned. Thus without a signed trial court order, we are unable to consider Charles's application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  04/10/2024

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*
  , *Clerk.*